**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
_____ **DIVISON**

**In Re:**                                  :
                                            :
                                            :        **Case No:**_____
                                            :
                    Debtor(s)    :        **Chapter:** _____
                                            :

**NOTICE OF DEPOSIT INTO COURT REGISTRY**

I _____, Chapter ____ trustee in the above-captioned case, pursuant to section 374(a) of the Bankruptcy Code and Federal Bankruptcy Rule 3011, submit the sum of $_____ to the Court registry representing the following unclaimed funds:

| **Claim No.** | **Payee** | **Last Known Address** | **Amount** |
|---|---|---|---|
| | | 6024 Amberwood Rd, Apt C2 Baltimore, MD 21206 | |

Date:_____                    Signature:_____
                                                             Address: